# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00332-CR

**Terri Regina Lang, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### NO. 42185, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on November 16, 2021, is hereby withdrawn.

It is so ordered on November 18, 2021.

Before Justices Goodwin, Baker, and Kelly

Do Not Publish